UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT LEMUS-MORALES,

                Petitioner,

-against-

BOP OFFICER OLAJDA, ET AL,

                Respondents.

22-CV-1050 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 19, 2022
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge